An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SABRINA ANNE MCCOLGAN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63969

**FILED**

OCT 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a proper person notice of appeal. Second Judicial District Court, Washoe County; Janet J. Berry, Judge.

On August 29, 2013, appellant filed a notice of appeal. In the notice of appeal, appellant indicates that she is appealing a decision regarding a post-conviction petition for a writ of habeas corpus. However, no such petition has been filed or denied in the district court.[1] Consequently, we conclude that appellant has failed to designate an appealable order, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1] A post-conviction petition for a writ of habeas corpus must be filed in the district court in the first instance in compliance with the procedural requirements set forth in NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-30842

cc: Hon. Janet J. Berry, District Judge
Sabrina Anne McColgan
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A